UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMSEY COULTER,<br><br>       Plaintiff,<br><br>   v.<br><br>DROPBOX, INC.,<br><br>       Defendant. | Case No. 24-cv-02637-JSW<br><br>**ORDER DENYING STIPULATION TO CONSOLIDATE CASES**<br><br>Re: Dkt. No. 16 |

Now before the Court is the stipulation to consolidate cases: *Ramsey Coulter v. Dropbox, Inc.,* Case No. 4:24-cv-02637 (N.D. Cal.) ("*Coulter*"), filed on May 2, 2024; *Aquelia Walker v. Dropbox, Inc.,* Case No. 4:24-cv-02659 (N.D. Cal.) ("*Walker*") filed on May 2, 2024; *Shyrah Strickland v. Dropbox, Inc.,* Case No. 4:24-cv-02731 (N.D. Cal.) ("*Strickland*") filed on May 7, 2024; and *Steven Guiffre v. Dropbox, Inc.,* Case No. 4:24-cv-02794 (N.D. Cal.) ("*Guiffre*") filed on May 9, 2024. Although the stipulation refers to these cases are related, the matters have not been related pursuant to Northern District Civil Local Rule 3-12. Accordingly, the stipulation to consolidate the actions is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: June 4, 2024

_____
JEFFREY S. WHITE
United States District Judge