UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: DROPBOX SIGN DATA BREACH LITIGATION

Case No.  24-cv-02637-JSW

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: Dkt. No. 68

Now before the Court is the motion filed by Plaintiffs for leave to file a motion for reconsideration.

Reconsideration is appropriate where "the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) there is an intervening change in controlling law." *County of Santa Clara v. Trump*, 267 F. Supp. 3d 1201, 1207 (N.D. Cal. 2017).  Plaintiffs proffer that there has been a change in law reflected in *Godun v. JustAnswer LLC*, 135 F.4th 699 (9th Cir. 2025).  The Court finds that there has been an intervening change in controlling law that may alter the legal analysis of whether Dropbox users manifested unambiguous assent to its Terms of Service.

Accordingly, the Court GRANTS Plaintiffs' motion for leave to file a motion for reconsideration.  Plaintiffs may file such a motion and set it for hearing on an available date on the Court's regular calendar.

**IT IS SO ORDERED.**

Dated: February 20, 2026

_____
JEFFREY S. WHITE
United States District Judge